# United States District Court
## Southern District of Georgia

| | |
|---|---|
| **LARRY CLAIRDAY, JR.** and<br>**JOHN THIBAULT**<br><br>Plaintiffs,<br><br>v.<br><br>**TIRE KINGDOM, INC.; NTW,<br>INCORPORATED d/b/a NATIONAL<br>TIRE AND BATTERY; MERCHANT'S<br>TIRE AND AUTO CENTERS; TBC<br>CORPORATION; AND SUMITOMO<br>CORPORATION OF AMERICA;**<br><br>Defendants. | *<br>*<br>*   **CV 207-020**<br>*<br>*Case No. _____<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __12th__ day of __February__, 2007.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

NAME OF PETITIONER:   Roman A. Shaul_____

Business Address:   Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.___
                    Firm/Business Name
272 Commerce Street_____
              Street Address
                        Montgomery, AL    36103_____
Street Address (con't)    City        State       Zip
Post Office Box 4160_____
   Mailing Address (if other than street address)
                       Montgomery, AL_____
Address Line 2          City,  State Zip
(334) 269-2343_____
Telephone Number (w/ area code)   Georgia Bar Number