# United States District Court
## Southern District of Georgia

| | |
|---|---|
| **LARRY CLAIRDAY, JR.** and **JOHN THIBAULT** | * * * |
| Plaintiffs, | * CV 207-020 |
| | *Case No. _____ |
| v. | * |
| | * |
| TIRE KINGDOM, INC.; NTW, INCORPORATED d/b/a NATIONAL TIRE AND BATTERY; MERCHANT'S TIRE AND AUTO CENTERS; TBC CORPORATION; AND SUMITOMO CORPORATION OF AMERICA; | * * * * * * |
| Defendants. | * |

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __12th__ day of __February__, 2007.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

NAME OF PETITIONER:   Roman A. Shaul_____

Business Address:   Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
                    Firm/Business Name
272 Commerce Street_____
              Street Address
                    Montgomery, AL    36103_____
 Street Address (con't)    City       State     Zip
Post Office Box 4160_____
     Mailing Address (if other than street address)
                    Montgomery, AL_____
    Address Line 2          City,  State  Zip
(334) 269-2343_____
Telephone Number (w/ area code)   Georgia Bar Number