# United States District Court
## Southern District of Georgia

| | |
|---|---|
| LARRY CLAIRDAY, JR. and <br> JOHN THIBAULT <br><br> Plaintiffs, <br><br> v. <br><br> TIRE KINGDOM, INC.; NTW, <br> INCORPORATED d/b/a NATIONAL <br> TIRE AND BATTERY; MERCHANT'S <br> TIRE AND AUTO CENTERS; TBC <br> CORPORATION; AND SUMITOMO <br> CORPORATION OF AMERICA; <br><br> Defendants. | * <br> * <br> *    CV207-020 <br> * <br> *Case No. _____ <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __12th__ day of __February__, __2007__.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRAGE JUDGE

NAME OF PETITIONER:    C. Lance Gould _____

Business Address:    Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. _____
                               Firm/Business Name
                      272 Commerce Street _____
                               Street Address
                                      Montgomery, AL    36103 _____
                      Street Address (con't)     City        State     Zip
                      Post Office Box 4160 _____
                                 Mailing Address (if other than street address)
                                      Montgomery, AL _____
                          Address Line 2        City, State Zip
                      (334) 269-2343 _____ _____
                      Telephone Number (w/ area code)    Georgia Bar Number