# United States District Court
## Southern District of Georgia

| | |
|---|---|
| LARRY CLAIRDAY, JR. and<br>JOHN THIBAULT<br><br>Plaintiffs,<br><br>v.<br><br>TIRE KINGDOM, INC.; NTW,<br>INCORPORATED d/b/a NATIONAL<br>TIRE AND BATTERY; MERCHANT'S<br>TIRE AND AUTO CENTERS; TBC<br>CORPORATION; AND SUMITOMO<br>CORPORATION OF AMERICA;<br><br>Defendants. | *<br>*<br>*<br>*   **CV207-020**<br>*Case No. _____<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __12th__ day of __February__, __2007__.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRAGE JUDGE

NAME OF PETITIONER:  C. Lance Gould

Business Address:  Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
                   Firm/Business Name
272 Commerce Street
           Street Address
                            Montgomery, AL    36103
Street Address (con't)    City         State     Zip
Post Office Box 4160
       Mailing Address (if other than street address)
                            Montgomery, AL
  Address Line 2          City,  State  Zip
(334) 269-2343_____    _____
Telephone Number (w/ area code)   Georgia Bar Number