# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2007 MAR -6 P 3: 27
_F. LaVictoire_
CLERK

LARRY CLAIRDAY, JR., et al.

Plaintiff

v.

TIRE KINGDOM, INC., et al.

Defendant

Case No. 2:07-cv-00020-AAA

Appearing on behalf of

Tire Kingdom, Inc., et al., Defendants
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 6th day of March, 2007.

_JAMES E. GRAHAM_
UNITED STATES MAGISTRATE JUDGE
***

**NAME OF PETITIONER:** Teresa D. Jones

**Business Address:** Thompson Hine LLP
Firm/Business Name

2000 Courthouse Plaza, N.E.
Street Address

10 W. Second St.   Dayton, OH   45402
Street Address (con't)   City   State   Zip

Teresa.Jones@ThompsonHine.com

Mailing Address (if other than street address)

P.O. Box 8801   Dayton, OH   45401-8801
Address Line 2   City, State, Zip

937-443-6824

Telephone Number (w/ area code)   Georgia Bar Number